**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 13, 2022

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Craig Major*, 13 Cr. 847 (KMK)

Dear Judge Karas:

A status conference in connection with the pending violation of supervised release petition (the "Petition") in the above-referenced matter is currently scheduled for July 18, 2022. Mr. Major has been charged by Complaint with a violation of Title 18, United States Code, Section 922(g)(1), based on conduct overlapping with that alleged in the Petition. *See United States v. Craig Major*, 22 Mag. 4155.

Given the pendency of the charge in the Complaint, the Government and counsel for the defendant, Ben Gold, Esq., jointly and respectfully request an adjournment of the status conference of at least 90 days, to be scheduled at the Court's discretion. This is the first such request for an adjournment.

Granted.

The conference is adjourned to 10/5/22, at 3:00 PM

So Ordered.

/s/
7/13/22

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ Stephanie Simon
      Stephanie Simon
      Assistant United States Attorney
      Tel: (914) 993-1920

cc:   Ben Gold, Esq.